166 So.2d 517

**STATE of Louisiana**

**v.**

**Donald Lee MARTIN and James Wesley Underwood.**

**No. 47364.**

July 23, 1964.

In re: Donald Lee Martin and James Wesley Underwood applying for writs of habeas corpus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

166 So.2d 517

**Alvin Lee ALLEN**

**v.**

**Bruce BENNETT, Warden of Louisiana State Penitentiary.**

**No. 47379.**

July 23, 1964.

In re: Alvin Lee Allen applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.

166 So.2d 517

**STATE of Louisiana ex rel. Robert RODRIGUEZ**

**v.**

**Bruce BENNETT, Warden Louisiana State Penitentiary.**

**No. 47395.**

July 23, 1964.

In re: Robert Rodriguez applying for writs of certiorari, mandamus, prohibition and habeas corpus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.